# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORETTA BURTON,** | : | |
|     Plaintiff | : | |
| | : | **No. 1:14-cv-1068** |
| v. | : | |
| | : | |
| **OZBURN HESSEY LOGISTICS,** | : | (Judge Kane) |
|     Defendant | : | |

-----------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **LORETTA BURTON,** | : | |
|     Plaintiff | : | |
| | : | **No. 1:14-cv-1446** |
| v. | : | |
| | : | |
| **OZBURN HESSEY LOGISTICS,** | : | (Judge Kane) |
|     Defendant | : | |

## ORDER

**AND SO**, this 11th day of December, 2014, **IT IS HEREBY ORDERED THAT:**

    1. Magistrate Judge Blewitt's Report and Recommendation (No. 14-1068, Doc. No. 18; No. 14-1446, Doc. No. 7) is **ADOPTED**;

    2. Plaintiff's objections (No. 14-1068, Doc. No. 19; No. 14-1446, Doc. No. 8) are **OVERRULED**;

    3. The above-captioned cases are consolidated for all purposes;

    4. The Clerk of Court is directed to consolidate the case docketed as Civil Action No. 1:14-cv-1446 into the case docketed as Civil Action No. 1:14-cv-1068;

    5. The Clerk of Court is directed to close the case docketed as Civil Action No. 1:14-cv-1446;

    6. All future documents filed in this consolidated case shall be filed under the case

docketed as Civil Action No. 1:14-cv-1068; and,

7. The case is referred back to Magistrate Judge Blewitt for further pre-trial management and resolution of any pending motions or, if necessary, a Report and Recommendation.

                                                 S/ Yvette Kane
                                                 Yvette Kane, District Judge
                                                 United States District Court
                                                 Middle District of Pennsylvania