# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORETTA BURTON, | : | |
|     Plaintiff | : | No. 1:14-cv-1068 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| OZBURN HESSEY LOGISTICS, | : | (Magistrate Judge Blewitt) |
|     Defendant | : | |

## ORDER

**AND SO**, this 30th day of January, 2015, **IT IS HEREBY ORDERED THAT** Magistrate Judge Blewitt's Report and Recommendation (Doc. No. 32) is **ADOPTED IN PART** as follows:

1. Defendant's motion to dismiss (Doc. No. 25) is **GRANTED**,

2. Plaintiff's claims arising under Title VII are **DISMISSED WITH PREJUDICE**,

3. Plaintiff's claims arising under state law are **DISMISSED WITHOUT PREJUDICE** to re-file in state court,

4. Defendant's motion for attorney's fees (Doc. No. 23) is **DENIED**; and

5. The Clerk of Court is directed to close the case.

                                                                                     S/ Yvette Kane
                                                                                     Yvette Kane, District Judge
                                                                                     United States District Court
                                                                                     Middle District of Pennsylvania